# Court of Appeals
# of the State of Georgia

ATLANTA,  March 28, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1609.  MURPHY v. THE STATE.**

The above-referenced appeal was docketed in this Court on March 13, 2019, and, thus, appellant's enumeration of errors and brief are due to be filed by April 2, 2019. But on March 25, 2019, appellant filed a motion to remand the case to the trial court, asserting that the transcript of the hearing on appellant's motion for new trial has not been included in the appellate record. In fact, appellant states that such transcript has yet to even be completed and will not be completed prior to the date appellant's brief is due.

Court of Appeals Rule 11 (d) provides that "[a]ny case docketed prior to the entire record coming to the Court, as requested by the parties, may be remanded to the trial court until such time as the record is so prepared and delivered to the Court." Given that the transcript of the hearing on appellant's motion for new trial is currently not included in the record, we hereby GRANT appellant's motion to remand this case to the trial until such time as the complete record is delivered to this Court. Appellant's Motion for Extension is dismissed as moot.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/28/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*